efiled 6/7/07

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY RAY HOUSE, | C 02-2905 JF (PR) |
|     Petitioner, | ORDER DENYING PETITIONER'S SECOND MOTION FOR CERTIFICATE OF APPEALABILITY |
|   v. | |
| ANTHONY A. LAMARQUE, Warden, | |
|     Respondent. | [Docket No. 26] |

On June 21, 2005, this Court denied the instant petition for writ of habeas corpus on the merits and entered judgment in favor of Respondent. On June 29, 2005, Petitioner filed a petition for issuance of a certificate of appealability. On July 18, 2005, the Court denied Petitioner's request for a certificate of appealability. On appeal, the Ninth Circuit Court of Appeals denied Petitioner's request for a certificate of appealability on October 25, 2005.

On December 8, 2006, Petitioner filed a second motion for a certificate of appealability. The Court denied the instant habeas petition after careful consideration of the merits. The Court found no violation of Petitioner's federal constitutional rights in the

underlying state court proceedings.  Petitioner has failed to demonstrate that jurists of reason would find it debatable whether this Court was correct in its ruling.  Accordingly, Petitioner's second motion for a certificate of appealability (docket no. 26) is DENIED.  No further motions shall be filed in this closed case.

IT IS SO ORDERED.

DATED: __6/7/07_____

_____
JEREMY FOGEL
United States District Judge

A copy of this ruling was mailed to the following:

Bobby Ray House
P-51855
Salinas Valley State Prison
P.O. Box 1060
Soledad, CA  93960


Lisa Ashley Ott
CA State Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004